# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America <br> v. <br> JONATHAN S. O'DELL <br> [DOB: 04/23/1990] <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 22-MJ-3026-WJE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2, 2022** in the county of **Benton, and elsewhere,** in the **Western** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c); <br> 18 U.S.C. § 922(g)(8) & 924(a)(8) | The defendant transmitted in interstate commerce a communication, which contained a threat to injure a person, and the defendant knew it would be understood as a true threat, in violation of 18 U.S.C. § 875(c). Further, on or about October 7, 2022, in Benton County, in the Western District of Missouri, the defendant, knowing he was subject to a court order issued by the 8th Judicial Circuit, Ray County, Missouri, on March 18, 2022, case number 22RY-CV00106, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that also explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably cause bodily injury and included a finding that the defendant represented a credible threat to the safety of such intimate partner, did knowingly possess in and affecting interstate commerce, a firearm, a Stevens, model 320, 12-gauge shotgun, serial # 142729C in violation of 18 U.S.C. §§ 922(g)(8) & 924(a)(8). |

This criminal complaint is based on these facts:

See attached affidavit in Attachment B.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Isaac McPheeters, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 10/07/2022

*Judge's signature*

City and state: Jefferson City, Missouri

Willie J. Epps, Jr., United States Magistrate Judge
*Printed name and title*