## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
v.                              )       Case No. 2:22-MJ-03026-WJE
                                )
JONATHAN S. O'DELL,             )
                                )
                Defendant.      )

## EXHIBITS

√    =    Offered & admitted without objection.
X.   =    Offered & admitted over objection.
Ex.  =    Offered, but objected to and excluded.
N.O  =    Marked but not offered.
D.B. =    Admitted, de bene.
W.D. =    Offered then withdrawn.
Ltd. =    Admitted for limited purpose.

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| A | √ | 10/13/22 | 1:45pm | Judgment of the Full Order of Protection - Adult |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    I certify that I have this date __10/13/22__ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_Katie Y. Wang_
PRINTED NAME

_Katie Y. Wang_
SIGNATURE

1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
v.                              )        Case No. 2:22-MJ-03026-WJE
                                )
JONATHAN S. O'DELL,             )
                                )
                Defendant.      )

## JONATHAN S. O'DELL'S EXHIBIT LIST

Jonathan O'Dell files, by undersigned counsel, the attached list of exhibits that he may

offer at the detention hearing and requests leave to amend this list as needed.

Respectfully submitted,

*/s/ Katie Y. Wang*
**KATIE Y. WANG,** NY Bar No. 5291133
Assistant Federal Public Defender
80 Lafayette Street, Suite 1100
Jefferson City, Missouri 65101
(573) 636-8747

*Attorney for Jonathan O'Dell*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2022, I electronically filed this document with the Clerk of the
Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF
participants in this case, and that a copy was mailed, via the United States Postal Service, to all
non-CM/ECF participants.

*/s/ Katie Y. Wang*
**KATIE Y. WANG**