

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Benton / Central

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: BRYAN C. PERRY

Alias Name:

Birth Date: 09/24/1985

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No   If yes, original case number:
New Defendant(s)? ☒ Yes ☐ No
Prior Complaint Case Number, if any: 22-MJ-3027-WJE
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Clark, Casey M.

**Interpreter Needed?**
☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☐ No
**Warrant Required?** ☐ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 4

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES | 1 |
| 2 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 2 |
| 3 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 3 |
| 4 | 18:875C.F INTERSTATE COMMUNICATIONS - THREATS | 5 |

(May be continued on reverse)

revised: 07/28/2021