

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
Benton / Central  |  ☐ Secret Indictment
  |  ☐ Juvenile

**Defendant Information**

Defendant Name: BRYAN C. PERRY
Alias Name:
Birth Date: 09/24/1985

**Related Case Information**

Superseding Indictment? ■ Yes  ☐ No  If yes, original case number: 22-cr-4065-SRB
New Defendant(s)? ☐ Yes  ■ No
Prior Complaint Case Number, if any: 22-MJ-3027-WJE
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Clark, Casey M.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
■ No

**Location Status**

Arrest Date:
■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ■ No
**Warrant Required?** ☐ Yes  ■ No

**U.S.C. Citations**

Total # of Counts: 4

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES | 1 |
| 2 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 2 |
| 3 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 3 |
| 4 | 18:875C.F INTERSTATE COMMUNICATIONS - THREATS | 5 |

(May be continued on reverse)

revised: 07/28/2021