# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**            **Matter to be Sealed**

Benton / Central                                      ☐ Secret Indictment
                                                      ☐ Juvenile

**Defendant Information**

Defendant Name: JONATHAN S. O'DELL

Alias Name:

Birth Date: 04/23/1990

**Related Case Information**

Superseding Indictment?  ■ Yes  ☐ No   If yes, original case number: 22-cr-4065-SRB
New Defendant(s)?        ☐ Yes  ■ No

Prior Complaint Case Number, if any: 22-MJ-3026-WJE

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Clark, Casey M.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody            **Writ Required?**     ☐ Yes  ■ No
☐ Currently in State Custody              **Warrant Required?**  ☐ Yes  ■ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts    2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 4 |
| 2 | 18:875C.F INTERSTATE COMMUNICATIONS - THREATS | 6 |
| 3 | 18:924D.F SEIZURE, FORFEITURE AND DISPOSITION OF FIREARM | FA |
| 4 |  |  |

(May be continued on reverse)

revised: 07/28/2021